# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# (PHILADELPHIA)

| | |
|---|---|
| IN RE:<br><br>**Paul A Zila**<br>    Debtor | CHAPTER 13<br><br>CASE NO.: 25-10243-amc<br><br>HEARING DATE: 12/16/2025<br>TIME: 11:00am<br>LOCATION: Courtroom #4 |

## MOTION OF NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING FOR RELIEF FROM THE AUTOMATIC STAY PROVISIONS OF 11 U.S.C. § 362(a) TO PERMIT MOVANT TO COMMENCE OR CONTINUE FORECLOSURE PROCEEDINGS ON 4535 OLD OAK RD, DOYLESTOWN, PA 18902-8809

AND NOW COMES, NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Movant"), by and through its attorneys, Hill Wallack LLP, and respectfully represents as follows:

1. This Motion (the "Motion") is filed by Movant for Relief from the Automatic Stay provisions of 11 U.S.C. § 362(a) to permit Movant to commence or continue its foreclosure on real property located at 4535 Old Oak Rd, Doylestown, PA 18902-8809 (the "Mortgaged Premises").

2. On May 2, 2023, Paul Zila ("Debtor") executed and delivered to Wells Fargo Bank, N.A. a Promissory Note ("Promissory Note") in the principal amount of $333,200.00. A true and correct copy of the Promissory Note is attached hereto and made a part hereof as **Exhibit "A."**

3. To secure the obligations under the Promissory Note, Debtor granted Wells Fargo Bank, N.A., its successors and assigns a valid, enforceable, and recorded first lien and mortgage (the "Mortgage") on the Mortgaged Premises, all of the terms of which are incorporated herein by reference as if fully set forth at length, which Mortgage was thereafter recorded in the Bucks County Recorder of Deeds Office on May 10, 2023 as Instrument #2023019068. A true and correct copy of the Mortgage is attached hereto and made a part hereof as **Exhibit "B."**

4. Movant is the current mortgagee by virtue of an Assignment of Mortgage. True and correct copies of the recorded Assignment of Mortgage Chain are attached hereto and made a part hereof as **Exhibit "C."**

5. NewRez LLC d/b/a Shellpoint Mortgage Servicing services the underlying mortgage loan and note for the property referenced in this motion for Movant. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant. Movant, directly or through an agent, has possession of the Note. The Note is endorsed in blank. Movant is the beneficiary or the assignee of the Deed of Trust.

6. On January 21, 2025, Debtor filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

7. The Debtor, in their Schedules filed January 21, 2025, states that the current value of the Mortgaged Premises is $393,520.00.

8. Movant filed its Proof of Claim on March 20, 2025, as Claim #11. The Proof of Claim is in the amount of $369,038.81 with pre-petition arrears due in the amount of $44,013.51 together with additional legal fees and costs and taxes due and payable on the Mortgaged Premises.

9. As of November 17, 2025, the unpaid Principal Balance is $332,038.12 and the total amount due is $395,232.34.

10. The Debtor in their Amended Chapter 13 Plan state that the Debtor will make post-petition monthly payments directly to Movant.

11. The current monthly payment on the Mortgage is $2,681.86.

12. The Debtors are currently in arrears post-petition as of November 17, 2025, due to Debtors' failure to pay the post-petition payments due February 1, 2025, through November 1, 2025, in the amount of $26,818.60 ($2,681.86 x 10 months), less a suspense balance in the

amount of $0.00, for a total amount due of $26,818.60. A post-petition ledger is attached hereto and made apart hereof as **Exhibit "D".**

13.     Consequently, Movant is entitled to relief from the automatic stay pursuant to 11 U.S.C. § 362(d) (1) as the Debtors have defaulted on post-petition payments.

WHEREFORE, NewRez LLC d/b/a Shellpoint Mortgage Servicing respectfully requests that this Court enter an Order granting Relief from the Automatic Stay provisions of 11 U.S.C. § 362(a) to allow Movant to proceed in its foreclosure of the Mortgaged Premises, to name the Debtor in the foreclosure suit solely for the purpose of foreclosing her interests in the Mortgaged Premises, and to allow Movant, or any other purchaser at the Sheriff's Sale, to take any legal action necessary to gain possession of the Mortgaged Premises.

*By:  /s/ Aleksandra K. Fugate*
Aleksandra K. Fugate, Esquire
Hill Wallack LLP
261 Madison Avenue, 9th Floor, Suite 940
New York, NY 10016
929-295-7874
Email: afugate@hillwallack.com
